No. 73–6129. BURTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ■

No. 73–6150. VERSE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 73–6152. FRANCIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ■

No. 73–6157. GRILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ■

No. 73–6162. DAULTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ■

No. 73–6167. PARKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ■

No. 73–6171. SMITH ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 73–6176. BRADBY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ■

No. 73–6180. MORGAN v. WILLINGHAM ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–6181. WILSON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ■

No. 73–6185. RODDY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 73–6194. ROGERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ■

No. 73–6196. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ■

No. 73–6204. PLEASANT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ■